# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of December, two thousand twenty-four.

Jerole Pierre,

        Plaintiff - Appellant,

v.

Police Officer Alexandr Yurchenko, Mayor Eric Adams, Commissioner Keechant Sewell, Commanding Officer Robert Conwell, New York City, Lieutenant Angelika Kaiser,

        Defendants-Appellees.

**ORDER**

Docket Nos. 24-1184(L), 24-2914(Con)

    Appellant, proceeding pro se, moves to withdraw the above-captioned appeals.

    IT IS HEREBY ORDERED that the motion to withdraw is GRANTED. It is further ordered that Appellant's motions for assignment of pro bono counsel (docket entry 16 in case no. 24-1184), for FOIL records (docket entry 31 in case no. 24-1184), and to proceed in forma pauperis (docket entry 13 in case no. 24-2914) are DENIED as moot.

    For the Court:

    Catherine O'Hagan Wolfe,
    Clerk of Court